ORIGINAL

FILED
APR 25 2008
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CANDELARIA CORPORATION<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | CASE NO. 08-312 C<br>COMPLAINT |

Plaintiff alleges:

1. The United States Court of Federal Claims has jurisdiction in this matter pursuant to 41 U.S.C. Section 609 (a) (1).

2. Plaintiff CANDELARIA CORPORATION ("CANDELARIA") is, and at all times herein mentioned was a corporation duly organized and existing under and by virtue of the laws of the State of Arizona.

3. Defendant THE UNITED STATES OF AMERICA is, and at all times herein mentioned was, acting by and through the United States Department of Veterans Affairs, Northern Arizona VA Health Care System, Prescott, Arizona ("DVA"), which is, and at all times herein mentioned was, an agency of the United States.

4. On or about November 17, 2005, CANDELARIA entered into Contract V649C-389-8(a) (the "CONTRACT") for the Expanded Medical Specialty Care Clinic Space, Project 649-404, Prescott, Arizona (the "PROJECT"). The entire CONTRACT, including plans, specifications and related contract documents, ("CONTRACT DOCUMENTS"), are voluminous and therefore not attached hereto, but are a matter of public record, and have and will be made available to all parties and are incorporated herein by this reference as though fully set forth at this point.

5. The CONTRACT was competitively bid by CANDELARIA pursuant to a Solicitation by the DVA for competitive bids. CANDELARIA submitted its competitive bid on September 13, 2005 and was awarded the CONTRACT on October 4, 2005 in the sum of $4,797,000.00 (Bid Item #1). The CONTRACT called for the start of the performance of work required thereby within ten (10) calendar days after receipt of the Notice to Proceed (NTP) and required completion within 365 calendar days after receipt of the NTP. The NTP was received by CANDELARIA on or about December 14, 2005, thereby establishing the completion date as December 14, 2006. The CONTRACT has been partially extended by Modifications #1, 2, 3 and 5 to January 26, 2007.

6. The CONTRACT DOCUMENTS required the contractor to furnish all labor, materials, tools, equipment, tools and qualified supervision to complete the PROJECT, comprised of general construction and associated site work of the PROJECT. The PROJECT was to construct a new approximately 17, 000 square foot building to house Dental, Mental Health and Medical Records, The scope of work of the PROJECT included, inter alia, excavation, concrete, masonry, subsoil drainage system, exterior & interior finishes, mechanical systems, electrical service & distribution and paving/striping.

7. CANDELARIA has timely and properly performed any and all obligations required to be performed under the CONTRACT, except as excused or delayed by the DVA's failure to timely perform as more specifically set forth below.

8. By letter dated May 18, 2007, CANDELARIA forwarded a claim in the amount of $1,036,738.56 for the estimated increased direct and indirect costs and delays related to various changes, differing site conditions and untimely responses to conflicts in the PROJECT design, specifications and contract drawings and requested a Final Decision of the Contracting Officer in the in the approximate sum of One Million Thirty Six Thousand, Seven Hundred and Thirty Eight Dollars and fifty-six Cents ($1,036,738.56) plus 175 calendar days of delay. The claim(s) was certified as required by the Contract Disputes Act. By letters dated September 10, 2007 ($217,641.75 plus 72 calendar days), December 5, 2007 ($67,179.21 plus 39 calendar

days) and December 5, 2008 ($18,736.50 plus 22 calendar days) CANDELARIA increased their claim total to One Million Three Hundred Forty Thousand Two Hundred Ninety Six Dollars and Two Cents ($1,340,296.02) plus 308 calendar days. More than sixty (60) days have passed since the Contracting Officer received CANDELARIA's claims. Other than to issue numerous vague assurances and unspecified dates promising the issuance of a final decision, the Contracting Officer has not issued a Contracting Officer's Final Decision(s) on CANDELARIA's claim(s) and as such CANDELARIA's claim(s) are deemed denied.

9. By letter dated July 13, 2007, 2007, CANDELARIA forwarded a claim in the amount of $683,314.37 for the estimated increased direct and indirect costs and delays related to various plumbing and mechanical piping issues and requested a Final Decision of the Contracting Officer in the approximate sum of Six Hundred Eighty Three Thousand Three Hundred Fourteen Dollars and Thirty Seven Cents ($683,314.37). The claim(s) was certified as required by the Contract Disputes Act. More than sixty (60) days have passed since the Contracting Officer received CANDELARIA's claim. Other than to issue numerous vague assurances and unspecified dates promising the issuance of a final decision, the Contracting Officer has not issued a Contracting Officer's Final Decision(s) on CANDELARIA's claim(s) and as such CANDELARIA's claims are deemed denied.

10. As a direct and proximate result of the foregoing, CANDELARIA has suffered damages as and for direct costs, delay, disruption, inefficiency, impact and extended home and field office overhead and liquidated damages in the sum of Two Million, Twenty Three Thousand, Six Hundred Ten Dollars and Thirty Nine Cents ($2,023,610.39) plus 308 calendar days of delay.

11. CANDELARIA has and will continue to suffer further, other and additional damages, the precise sum of which is not presently known. CANDELARIA will amend its Complaint when the same are ascertained or upon proof thereof at trial. In addition to the foregoing, CANDELARIA is entitled to interest as provided by the Contract Disputes Act from the date on which the component parts of the foregoing sum became due.

WHEREFORE PLAINTIFF PRAYS FOR RELIEF AS FOLLOWS:

FIRST CAUSE OF ACTION

1. For damages in the amount of Two Million, Twenty Three Thousand, Six Hundred Ten Dollars and Thirty Nine Cents ($2,023,610.39) plus 308 calendar days of delay together with interest thereon from a date according to proof under the Contract Disputes Act;

2. For reasonable attorneys' fees incurred herein in accordance with EAJA;

3. For costs of suit incurred herein; and

4. For such other and further relief as the court may deem just and proper.

Dated: April 23, 2008

Respectfully submitted,

William L. Bruckner
BRUCKNER & WALKER, LLP
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
bill@brucknerwalker.com

Attorneys for CANDELARIA CORPORATION