IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CANDELARIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-312C |
| | ) | (Judge Hodges, Jr.) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 constitute a conclusion of law to which no answer is required.

2. Denies the allegations contained in paragraph 2 for lack of knowledge or information sufficient to form a belief as to their truth.

3. The allegations contained in paragraph 3 constitute a conclusion of law to which no answer is required.

4 . Admits.

5. Admits the allegations contained in first and second sentences of paragraph 5. Admits the allegations contained in third, fourth, and fifth sentences of paragraph 5 to the extent supported by documents cited, which are the best

evidence of their contents; otherwise denies the allegations contained in the third, fourth, and fifth sentences of paragraph 5.

6. Admits the allegations contained in paragraph 6 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 6.

7. Denies.

8. Admits the allegations contained in first, second, and third sentences of paragraph 8. Denies the allegation in the fourth sentence of paragraph 8 that the contracting officer has “issue[d] numerous vague assurances and unspecified dates promising the issuance of a final decision,” and avers that the contracting officer has advised plaintiff that a contracting officer’s decision would be issued upon the completion of a delay analysis and audit; admits that the contracting officer has not issued a contracting officer’s final decision; and, the allegation that plaintiff’s claims are “deemed denied is a conclusion of law to which no response is required.

9. Admits the allegations contained in first, second, and third sentences of paragraph 9. Denies the allegation contained in the forth sentence of paragraph 9 that the contracting officer has “issue[d] numerous vague assurances and unspecified dates promising the issuance of a final decision,” and avers that the

contracting officer has advised plaintiff that a contracting officer's decision would be issued upon the completion of a delay analysis and audit; admits the allegation contained in the forth sentence of paragraph 9 that the contracting officer has not issued a contracting officer's final decision; the allegation contained in the fourth sentence of paragraph 9 that plaintiff's claims are "deemed denied" is a conclusion of law to which no response is required.

10. Denies.

11. Denies the allegations contained in of paragraph 11 for lack of knowledge or information sufficient to form a belief as to their truth.

12 Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 11, or to any relief whatsoever.

13 Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

OF COUNSEL:

Anna C. Maddan
Office of General Counsel
Department of Veterans Affairs

/s/ John. S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

June 26, 2008

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on June 26, 2008, I forwarded a copy of the foregoing "DEFENDANT'S ANSWER" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John S. Groat