IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CANDELARIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-312C |
| | ) | (Judge Hodges, Jr.) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION UPON BEHALF OF THE PARTIES**
**TO STAY ALL PROCEEDINGS UNTIL DECEMBER 15, 2008**

Defendant, upon behalf of the parties, respectfully requests that this Court issue an order to stay all proceedings until December 15, 2008. The parties joint preliminary status report is due to be filed on August 28, 2008. Candelaria Corporation's (Candelaria) counsel authorizes Government counsel to state that Candelaria joins in this motion.

The parties have commence an exchange of information outside the litigation schedule to facilitate possible resolution of this case.

Candalaria contracted with the Untied States through the Department of Veterans Affairs (VA) for construction services. Candalaria submitted a claim to the contracting officer seeking relief primarily based upon its contention that certain acts and omissions by the VA delayed Candelaria's progress, caused Candelaria to incurred additional costs, and entitle Candelaria to compensation.

The VA did not issue a contracting officer's final decision; Candalaria filed this action upon the basis of its contention that its claim should be deemed to have been denied.

Government counsel has contracted with an expert to perform a delay analysis. The Government's expert has visited the job site, identified relevant documents for copying and scanning, and at this time expects to complete a report by November 15, 2008. Plaintiff's counsel has undertaken to provide the Government available electronic copies of Candelaria's schedules to facilitate the expert's review.

The parties anticipate that the Government's expert report and supporting documents will facilitate these proceedings. After receipt and evaluation of the expert report, the parties anticipate settlement discussions.

For the foregoing reasons, the parties respectfully request that this Court grant this motion and enter an order to stay all proceedings, to and including December 15, 2008, and direct the defendant to file a status report regarding further proceedings on or before December 15, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

OF COUNSEL:

Anna C. Maddan
Office of General Counsel
Department of Veterans Affairs

/s/ John. S. Groat

JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

August 27, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on August 27, 2008, a copy of the foregoing DEFENDANT'S MOTION UPON BEHALF OF THE PARTIES TO STAY ALL PROCEEDINGS UNTIL DECEMBER 15, 2008, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/John S. Groat