# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * | * | |
| CANDELARIA CORPORATION, | * | |
| Plaintiff, | * | No. 08-312C |
| v. | * | Filed: August 27, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * | * | |

**ORDER**

Defendant's unopposed motion to stay case until December 15 is GRANTED. The parties will file a joint status report on or before December 15.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge